1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JENKINS,                                                    ) | Case No.: 1:12-at-00138 |
| )                                                                      ) | |
| )                                                                      ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff,                                   ) | **PROCEED IN FORMA PAUPERIS** |
| )                                                                      ) | |
| v.                                                               ) | |
| )                                                                      ) | (Doc. 3) |
| MICHAEL J. ASTRUE,                                        ) | |
| Commissioner of Social Security,              ) | |
| )                                                                      ) | |
| )                                                                      ) | |
| Defendant.                              ) | |
| )                                                                      ) | |
| _____ ) | |

Plaintiff Frank Jenkins filed a complaint on March 8, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   March 8, 2012**          _____/s/ **Sheila K. Oberto**_____
                                                        UNITED STATES MAGISTRATE JUDGE