1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JENKINS, ) | Case No.: 1:12-cv-00351 - LJO - JLT |
| ) Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| ) v. ) | (Doc. 16) |
| ) COMMISSIONER OF SOCIAL SECURITY, ) ) | |
| Defendant. ) | |

On November 19, 2012, the parties filed a stipulation for Defendant to have an extension of thirty days to file opposition to Plaintiff's opening brief. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**.

2. Defendant **SHALL** file an opposition on or before December 19, 2012.

IT IS SO ORDERED.

1

Dated: **November 21, 2012**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE